James C. Shah
Natalie Finkelman Bennett
Nathan C. Zipperian
Shepherd, Finkelman, Miller & Shah, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 858-1770
Facsimile: (856) 858-7012
jshah@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

**DOCUMENT ELECTRONICALLY FILED**

**Counsel for Plaintiffs and the Class**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LG FRONT LOAD WASHING MACHINE CLASS ACTION LITIGATION | Case No. 2:08-cv-00051-FSH-MAS |

### CERTIFICATE OF SERVICE

The undersigned certifies as follows:

1.  I am an attorney at the law firm of Shepherd, Finkelman, Miller & Shah, LLP, 475 White Horse Pike, Collingswood, NJ 08107. I represent the Plaintiffs in the above-captioned actions.

2.  On May 6, 2008, the following documents were electronically filed and served via the Court's CM/ECF system upon all registered users:

    a.  Consolidated Amended Complaint

    b.  Certificate of Service

I certify that the foregoing statements made by me are true. I am aware that if the foregoing statements are willfully false, I am subject to punishment.

Dated: May 6, 2008

Respectfully submitted,

/s/Natalie Finkelman Bennett
James C. Shah
Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone: 856/858-1770
Facsimile: 856/858-7012
jshah@sfmslaw.com
nfinkelman@sfmslaw.com