WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102
(973) 621-2230
James S. Richter
Melissa Steedle Bogad

Attorneys for Defendant
LG Electronics USA, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE LG FRONT LOAD WASHING MACHINE CLASS ACTION LITIGATION | Honorable Faith S. Hochberg, U.S.D.J. |
|  | Case No. 2:08-cv-00051-FSH-MAS |
|  | **DEFENDANT LG ELECTRONICS USA, INC.'S NOTICE OF MOTION TO DISMISS** |
|  | **Oral Argument Requested** |
|  | **Return Date:  July 21, 2008** |

**TO:**   ALL COUNSEL OF RECORD

COUNSEL:

**PLEASE TAKE NOTICE** that on July 21, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant LG Electronics USA, Inc. ("LG") will move before the Honorable Faith S. Hochberg, U.S.D.J., at the United States District Court, M.L. King, Jr., Federal Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order granting its motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, LG will rely upon the Memorandum of Law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that LG respectfully requests oral argument.

> WINSTON & STRAWN LLP
> Attorneys for Defendant
> LG Electronics USA, Inc.
>
>
> By:    /s/ Melissa Steedle Bogad
>       James S. Richter
>       jrichter@winston.com
>       Melissa Steedle Bogad
>       mbogad@winston.com

Dated: June 20, 2008

## **CERTIFICATION OF SERVICE**

I hereby certify that on June 20, 2008, copies of the foregoing Notice of Motion and supporting documents were electronically filed and served by electronic mail upon the following:

Steven A. Schwartz
CHIMICLES & TIKELLIS
361 West Lancaster Avenue
Haverford, Pennsylvania 19041

Oren Giskan
GISKAN SOLOTAROFF ANDERSON & STEWART, LLP
11 Broadway – Suite 2150
New York, New York 10004

Paul M. Weiss
FREED & WEISS, LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602

James C. Shah
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
475 White Horse Pike
Collingswood, New Jersey 08107

                  /s/ Melissa Steedle Bogad
                    Melissa Steedle Bogad

Dated: June 20, 2008

NY:1186547.1