UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re LG Front Load Washing Machine Class Action Litigation | Civil Action No. 08-0051 (FSH)(MAS)<br><br>AMENDED SCHEDULING ORDER |

**THIS MATTER** having come before the Court pursuant to a telephone status conference on September 21, 2009; and for good cause shown,

IT IS on this 23rd day of September, 2009

**ORDERED THAT:**

1. Fact discovery shall close on **December 31, 2009.**

2. All affirmative expert reports shall be delivered by **February 1, 2010.**

3. All responding expert reports shall be delivered by **March 1, 2010.**

4. Deposition of experts are to be completed by **April 1, 2010.**

5. The Court will schedule a status conference after the close of fact discovery in early **January, 2010.** The parties will be required to submit a joint status memorandum to the Court, not to exceed 2 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the prospect of settlement one week before the status conference.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE