# WINSTON & STRAWN LLP

214 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1078

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

11TH FLOOR, GLOUCESTER TOWER,
THE LANDMARK, 15 QUEEN'S ROAD CENTRAL
HONG KONG

99 GRESHAM STREET
LONDON EC2V 7NG

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5401

(973) 848-7676

FACSIMILE (973) 848-7650

www.winston.com

4 STASOVOY ULITSA
119071 MOSCOW, RUSSIAN FEDERATION

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

25 AVENUE MARCEAU
CS 31621
75773 PARIS CEDEX 16

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5802

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

Writer's Direct Dial Number
973-848-7645

February 10, 2010

**BY ECF AND FACSIMILE**
Honorable Michael A. Shipp, U.S.M.J.
United States District Court
Martin Luther King Jr.
Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    In re LG Front Load Washing Machine Class Action Litigation
              Case No. 08 CV 51 (FSH) (MAS)

Dear Judge Shipp:

      Please accept this letter as the joint case status update regarding scheduling of depositions and inspections that, during the January 29 status conference, Your Honor directed the parties to file by today.

      The parties have agreed on a schedule for the remaining depositions and inspections as reflected in the attached Exhibit A, with the exception of Plaintiff Harder's deposition, which Plaintiffs have advised LG USA Electronics, Inc. ("LG USA") needs to be scheduled some time after April 15 and that Plaintiffs will propose dates to LG USA at a later time.

      Additionally, for Your Honor's convenience, the parties also attach as Exhibit B a calendar of the depositions and inspections completed to-date so the Court can have the entire discovery schedule in this matter.

      Respectfully submitted,

      WINSTON & STRAWN LLP
      Attorneys for Defendant LG USA

          s/ James S. Richter
            James S. Richter

WINSTON & STRAWN LLP

Honorable Michael A. Shipp, U.S.M.J.
February 10, 2010
Page 2

                                                FREED & WEISS LLC

                                                _/s/ George K. Lang_____
                                                George K. Lang
                                                Attorney for Plaintiffs

Encl.

cc:      All Counsel of Record (w/encl.)(by e-mail)

**Exhibit "A"**

**Exhibit A: February 2010 Calendar for *In re LG Front Load Washing Machine Class Action Litigation***

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12<br>Plaintiff Trethewey Inspection (Dowingtown, PA) | 13 |
| 14 | 15<br>Plaintiff Franko Inspection (Broadview Heights, OH) | 16<br>Plaintiff Harder Inspection (Batavia, OH) | 17 | 18 | 19 | 20 |
| 21 | 22<br>Plaintiff Launch Inspection (Santa Rosa Beach, FL) | 23 | 24<br>Plaintiffs Jonathan and Carolyn Zimmerman Inspection (Hickory, NC) | 25<br>Plaintiffs Jonathan and Carolyn Zimmerman Depositions (Hickory, NC) | 26<br>Patrick Nutley Rule 30(b)(6) Deposition (Newark, NJ) | 27 |
| 28 |  |  |  |  |  |  |

**Exhibit A: March 2010 Calendar for** *In re LG Front Load Washing Machine Class Action Litigation*

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 Plaintiff Scalise Deposition (Huntley, Illinois) | 6 |
| 7 | 8 | 9 | 10 Plaintiff Ashe Inspection (Thorofare, NJ) | 11 Stacey Casals Rule 30(b)(6) Deposition (Huntsville, AL) <br><br> Plaintiff Ashe Deposition (Thorofare, NJ) | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 Julie Migala Rule 30(b)(6) Deposition (Huntsville, AL) | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 Caleb Clem Rule 30(b)(6) Deposition (Huntsville, AL) | 26 | 27 |
| 28 | 29 Passover Begins | 30 | 31 |  |  |  |

**Exhibit A: April 2010 Calendar for *In re LG Front Load Washing Machine Class Action Litigation*[1]**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2<br><br>Good Friday | 3 |
| 4<br><br>Easter | 5 | 6 | 7 | 8<br>Tim Kavanaugh Rule 30(b)(6) Deposition (Kansas City, MO) | 9 | 10 |
| 11 | 12<br>Plaintiff Burke Deposition (Manorville, NY) | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22<br>Calvin Thompson Rule 30(b)(6) Deposition (Huntsville, AL) | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |  |

---

[1] Plaintiffs may, depending on what happens at the Rule 30(b)(6) depositions, request two to four additional depositions of LG USA employees. LG USA has agreed to consider such a request if Plaintiffs make it.

**Exhibit "B"**

**Exhibit B: November 2009 Calendar for** *In re LG Front Load Washing Machine Class Action Litigation*

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11<br>Plaintiff Figueroa Deposition (New York, NY) [Completed] | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23<br>Plaintiffs Lori and Glenn Grosso Depositions (Troy, MI) [Completed]<br><br>Plaintiffs Jason and Gina Harper Depositions (Sarasota, FL) [Completed] | 24<br>Plaintiff Irving Deposition (White Plains) [Completed]<br><br>Plaintiff Demski Deposition (Sarasota, FL) [Completed] | 25 | 26<br><br>Thanksgiving | 27 | 28 |
| 29 | 30 | | | | | |

**Exhibit B: December 2009 Calendar for *In re LG Front Load Washing Machine Class Action Litigation***

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  | **1** Plaintiff Launch Deposition (Pensacola, FL) [Completed]<br><br>Plaintiff Boone Deposition (Redding, CA) [Completed] | **2** | **3** Plaintiff Trethewey Deposition (Philadelphia, PA) [Completed]<br><br>Plaintiff Franko Deposition (Cleveland, OH) [Completed] | **4** | **5** |
| **6** | **7** Plaintiff Scalise Inspection (Huntley, IL) [Completed] | **8** Plaintiff Cook-Sommer Deposition (Denver, CO) [Completed]<br><br>Plaintiffs Richard and Amy Quinn Depositions (Columbia, SC) [Completed]<br><br>Plaintiffs Lori and Glenn Grosso Inspection (Grosse Pointe, MI) [Completed] | **9** Plaintiff Cook Deposition (Denver, CO) [Completed] | **10** | **11** Plaintiff Burke Inspection (Manorville, NY) [Completed] | **12** |
| **13** | **14** Plaintiff Vanasse Inspection (Clinton, MA) [Completed] | **15** | **16** Plaintiff Olejniczak Deposition (Houston, TX) [Completed] | **17** | **18** | **19** |
| **20** | **21** | **22** Plaintiff Manzello Deposition (Islip, NY) [Completed] | **23** | **24** Christmas Eve | **25** Christmas | **26** |
| **27** | **28** Plaintiff Olejniczak Inspection (Fulshear, TX) [Completed] | **29** | **30** | **31** |  |  |

**Exhibit B: January 2010 Calendar for *In re LG Front Load Washing Machine Class Action Litigation***

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1<br><br>New Years Day | 2 |
| 3 | 4 | 5 | 6<br>Plaintiff Figueroa Inspection (Brooklyn, NY) [Completed] | 7<br>Plaintiff Manzello Inspection (Shoreham, NY) [Completed] | 8 | 9 |
| 10 | 11<br>Plaintiff Irving Inspection (Ridgefield, CT) [Completed] | 12 | 13 | 14 | 15 | 16 |
| 17 | 18<br><br>MLK Day | 19 | 20 | 21 | 22 | 23 |
| 24 | 25<br>Plaintiff Cook-Sommer Inspection (Golden, CO) [Completed] | 26<br>Plaintiff Cook Inspection (Littleton, CO) [Completed]<br><br>Noelle Fitzgerald Rule 30(b)(6) Testimony on behalf of Procter & Gamble (Cincinnati, OH) [Completed] | 27<br>Noelle Fitzgerald Rule 30(b)(6) Testimony on behalf of Procter & Gamble (Cincinnati, OH) [Completed] | 28<br>Plaintiffs Richard and Amy Quinn Inspection (Lexington, SC) [Completed] | 29 | 30 |
| 31 | | | | | | |

**Exhibit B: February 2010 Calendar for *In re LG Front Load Washing Machine Class Action Litigation***

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | **1** Plaintiffs Jason and Gina Harper Inspection (Sarasota, FL) [Completed] ] | **2** Plaintiff Demski Inspection (Bradenton, FL) [Completed] | **3** | **4** | **5** | **6** |
| **7** | **8** Plaintiff Boone Inspection (Redding, CA) [Completed] | **9** | **10** | **11** | **12** | **13** |
| **14** | **15** | **16** | **17** | **18** | **19** | **20** |
| **21** | **22** | **23** | **24** | **25** | **26** | **27** |
| **28** |  |  |  |  |  |  |