James C. Shah
Natalie Finkelman Bennett
Nathan C. Zipperian
Shepherd, Finkelman, Miller & Shah, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 858-1770
Facsimile: (856) 858-7012
jshah@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

**Counsel for Plaintiffs and the Class**

(Additional Counsel appear on the signature page)

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LG FRONT LOAD WASHING MACHINE CLASS ACTION LITIGATION | : : Case No. 2:08-cv-00051-FSH-MAS : |

### STIPULATION FOR DISMISSAL OF THE CLAIMS OF PLAINTIFFS JAMES AND WENDY McCLURE AND NANCY VANASSE

The parties, by and through counsel, hereby stipulate as follows:

1. On May 6, 2008, Plaintiffs filed a Consolidated Amended Complaint against Defendant LG Electronics USA, Inc. ("LG USA") [Docket No. 31].

2. The Consolidated Amended Complaint identified 24 named Plaintiffs, including James and Wendy McClure of Texas and Nancy Vanasse of Massachusetts.

3. Pursuant to FRCP 41(a)(1), the parties hereby stipulate to dismissal of Plaintiffs James and Wendy McClure and Nancy Vanasse's claims against LG USA without prejudice.

4. Defendant LG USA agrees not to request attorneys' fees, costs, or sanctions in connection with the above-stipulated dismissals.

**STIPULATED AND AGREED:**

DATED: February 16, 2010          By:    /s/ Natalie Finkelman Bennett
                                          Natalie Finkelman Bennett

James C. Shah
Natalie Finkelman Bennett
Nathan Zipperian
SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 858-1770
Facsimile: (856) 858-7012
jshah@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

Steven A. Schwartz
Alison R. Gabe
CHIMICLES & TIKELLIS, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633
stevenschwart@chimicles.com
danielscott@chimicles.com
arg@chimicles.com

Oren Giskan
Catherine E. Anderson
Darnley D. Stewart
GISKAN, SOLOTAROFF, ANDERSON &
STEWART, LLP
11 Broadway- Suite 2150
New York, NY 10004
Telephone: (212) 847-8315
ogiskan@gslawny.com
canderson@gslawny.com
dstewart@gslawny.com

                                        Paul M. Weiss
                                        George K. Lang
                                        FREED & WEISS, LLC
                                        111 West Washington Street, Suite 1331
                                        Chicago, IL 60602
                                        Telephone: (312) 220-0000
                                        Facsimile: (312) 220-7777
                                        paul@freedweiss.com
                                        george@freedweiss.com

                                        *Counsel for Plaintiffs*

DATED: February 16, 2010        By:   /s/ Scott P. Glauberman
                                          Scott P. Glauberman

                                        Scott P. Glauberman
                                        Kristen V. Grisius
                                        WINSTON & STAWN, LLP
                                        35 West Wacker Drive
                                        Chicago, IL 60601-9703
                                        Telephone: (312) 558-5600
                                        Facsimile: (312) 558-5700
                                        sglauberman@winston.com
                                        kgrisius@winston.com

                                        *Counsel for Defendant*