James C. Shah
Natalie Finkelman Bennett
Nathan C. Zipperian
Shepherd, Finkelman, Miller & Shah, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 858-1770
Facsimile: (856) 858-7012
jshah@sfmslaw.com
nfinkelman@sfmslaw.com
nzipperian@sfmslaw.com

**Counsel for Plaintiffs and the Class**

(Additional Counsel appear on the signature page)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LG FRONT LOAD WASHING MACHINE CLASS ACTION LITIGATION | : <br> : Case No. 2:08-cv-00051-FSH-MAS <br> : |

STIPULATION FOR DISMISSAL OF THE CLAIMS OF PLAINTIFFS JAMES AND
WENDY McCLURE AND NANCY VANASSE

The parties, by and through counsel, hereby stipulate as follows:

1. On May 6, 2008, Plaintiffs filed a Consolidated Amended Complaint against Defendant LG Electronics USA, Inc. ("LG USA") [Docket No. 31].

2. The Consolidated Amended Complaint identified 24 named Plaintiffs, including James and Wendy McClure of Texas and Nancy Vanasse of Massachusetts.

3. Pursuant to FRCP 41(a)(1), the parties hereby stipulate to dismissal of Plaintiffs James and Wendy McClure and Nancy Vanasse's claims against LG USA without prejudice.

4. Defendant LG USA agrees not to request attorneys' fees, costs, or sanctions in connection with the above-stipulated dismissals.

STIPULATED AND AGREED:

DATED: February 16, 2010        By:    /s/ Natalie Finkelman Bennett
                                                               Natalie Finkelman Bennett

                                                               James C. Shah
                                                               Natalie Finkelman Bennett
                                                               Nathan Zipperian
                                                               SHEPHERD, FINKELMAN, MILLER &
                                                               SHAH, LLP
                                                               475 White Horse Pike
                                                               Collingswood, NJ 08107
                                                               Telephone: (856) 858-1770
                                                               Facsimile: (856) 858-7012
                                                               jshah@sfmslaw.com
                                                               nfinkelman@sfmslaw.com
                                                               nzipperian@sfmslaw.com

                                                               Steven A. Schwartz
                                                               Alison R. Gabe
                                                               CHIMICLES & TIKELLIS, LLP
                                                               One Haverford Centre
                                                               361 West Lancaster Avenue
                                                               Haverford, PA 19041
                                                               Telephone: (610) 642-8500
                                                               Facsimile: (610) 649-3633
                                                               stevenschwart@chimicles.com
                                                               danielscott@chimicles.com
                                                               arg@chimicles.com

                                                               Oren Giskan
                                                               Catherine E. Anderson
                                                               Darnley D. Stewart
                                                               GISKAN, SOLOTAROFF, ANDERSON &
                                                               STEWART, LLP
                                                               11 Broadway- Suite 2150
                                                               New York, NY 10004
                                                               Telephone: (212) 847-8315
                                                               ogiskan@gslawny.com
                                                               canderson@gslawny.com
                                                               dstewart@gslawny.com

Paul M. Weiss
George K. Lang
FREED & WEISS, LLC
111 West Washington Street, Suite 1331
Chicago, IL 60602
Telephone: (312) 220-0000
Facsimile: (312) 220-7777
paul@freedweiss.com
george@freedweiss.com

*Counsel for Plaintiffs*

DATED: February 16, 2010        By:   /s/ Scott P. Glauberman
                                      Scott P. Glauberman

Scott P. Glauberman
Kristen V. Grisius
WINSTON & STAWN, LLP
35 West Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
sglauberman@winston.com
kgrisius@winston.com

*Counsel for Defendant*

2/17/10

SO ORDERED:

*/s/ Faith S. Hochberg*
Hon. Faith S. Hochberg, U.S.D.J.