UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LG FRONT LOAD WASHING MACHINE CLASS ACTION LITIGATION | Honorable Faith S. Hochberg, U.S.D.J.<br><br>Case No. 2:08-cv-00051-FSH-MAS<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

**THIS MATTER,** having come before the Court by way of the Court's July 29, 2010 Letter Opinion and Order directing the parties to submit a joint proposed amended scheduling order, taking into consideration the rulings set forth in the Court's Letter Opinion and Order; and counsel for Defendant, LG Electronics USA, Inc. ("LG USA"), and counsel for Plaintiffs having conferred regarding the same; and the parties having agreed and consented to the schedule as set forth below; and for good cause shown,

**IT IS** on this 9th day of August, 2010,

**ORDERED,** as follows:

1. LG USA will identify its Rule 30(b)(6) designee(s) to testify on the topics as provided for in the Court's July 29, 2010 Letter Opinion and Order and provide date(s) for such testimony on or before **August 11, 2010**.

2. Deposition(s) of LG USA's Rule 30(b)(6) witness(es) as provided for in the Court's July 29, 2010 Letter Opinion and Order shall be completed by **September 3, 2010**.

3. Opening expert reports related to class certification shall be served by **October 15, 2010**.

4. Responding expert reports related to class certification shall be served by **November 30, 2010**.

5. Class certification expert depositions shall be completed by **January 31, 2011**.

6. Plaintiffs shall file their motion for class certification on or before **February 28, 2011**.

7. Defendant shall file its opposition to Plaintiffs' motion for class certification on or before **March 31, 2011**.

8. Plaintiffs shall file their reply in further support of their motion for class certification on or before **April 21, 2011**.

9. Oral argument and an evidentiary hearing on Plaintiffs' motion for class certification shall be conducted on **May 25, 2011**.

_____
Honorable Michael A. Shipp, U.S.M.J.