# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE LG FRONT LOAD WASHING MACHINE CLASS ACTION LITIGATION | : Honorable Faith S. Hochberg, U.S.D.J.<br>:<br>: Case No. 2:08-cv-00051-FSH-MAS<br>:<br>: [~~PROPOSED~~] AMENDED PRETRIAL SCHEDULING ORDER |

**THIS MATTER,** having come before the Court by way of the parties' October 12, 2010 joint letter respectfully requesting an extension of dates in the current Pretrial Scheduling Order; and counsel for Defendant, LG Electronics USA, Inc. ("LG USA"), and counsel for Plaintiffs having conferred regarding the same; and the parties having agreed and consented to the schedule as set forth below; and for good cause shown,

IT IS on this 12th day of October, 2010,

**ORDERED,** as follows:

1. Opening expert reports related to class certification shall be served by ~~December 1, 2010~~ November 15, 2010.

2. Responding expert reports related to class certification shall be served by ~~January 21, 2011~~ December 30, 2010.

3. Class certification expert depositions shall be completed by **March 25, 2011**.

4. Plaintiffs shall file their motion for class certification on or before ~~April 25~~ March 30, **2011**.

5. Defendant shall file its opposition to Plaintiffs' motion for class certification on or before **May 25, 2011**.

6. Plaintiffs shall file their reply in further support of their motion for class certification on or before ~~June 15~~ May 23, 2011.

7. Oral argument and an evidentiary hearing on Plaintiffs' motion for class certification shall be conducted on ~~July 21, 2011~~ a date to be determined by the Hon. Faith S. Hochberg, U.S.D.J.

_____
Honorable Michael A. Shipp, U.S.M.J.

We hereby consent to the form and entry of this ~~[Proposed]~~ First Amended Pretrial Scheduling Order:

WINSTON & STRAWN LLP
Attorneys for Defendant LG Electronics USA, Inc.

By:   s/ James S. Richter
      James S. Richter
      jrichter@winston.com
      Melissa Steedle Bogad
      mbogad@winston.com

Dated: October 12, 2010


CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
Attorneys for Plaintiffs

By:   s/ James E. Cecchi
      James E. Cecchi
      jcecchi@carellabyrne.com

Dated: October 12, 2010

2