James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

George K. Lang
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, Illinois  60602
(312) 220-0000

Richard J. Burke
FREED & WEISS LLC
1010 Market Street, Suite 660
St. Louis, Missouri  63101
(314) 770-8000

Steven A. Schwartz
Alison R. Gabe
CHIMICLES & TIKELLIS LLP
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA  19041
(610) 642-8500

Oren Giskan
GISKAN SOLOTAROFF
 ANDERSON & STEWART
11 Broadway, Suite 2150
New York, New York  10004
 (212) 847-8315

James C. Shah
Natalie Finkelman Bennett
SHEPHERD, FINKELMAN,
 MILLER & SHAH, LLP
457 While Horse Pike
Collingswood, New Jersey 08107
(856) 858-1770

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE LG FRONT LOADING WASHING MACHINE CLASS ACTION LITIGATION** | Civil Action No. 08-51(FSH)(MAS) <br><br> **<u>NOTICE OF MOTION</u>** |

To:      All Counsel on ECF Mailing List

COUNSEL:

PLEASE TAKE NOTICE that in accordance with the schedule set forth in the Court's

Amended Pretrial Scheduling Order dated August 9, 2010, the undersigned counsel for Plaintiffs

shall move before Hon. Faith S. Hochberg, U.S.D.J. at the United States Post Office and

Courthouse Building, for class certification in accordance with Fed.R.Civ.P. 23.

The undersigned intend to rely upon the annexed Brief and exhibits annexed thereto, Compendium of Plaintiffs' Deposition Excerpts, Compendium of Plaintiffs' Declarations, and Trial Plan.

The undersigned hereby requests oral argument.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
Counsel for Plaintiffs

BY:    /s/ James E. Cecchi
        JAMES E. CECCHI

Dated: March 30, 2011