| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700 | Steven A. Schwartz<br>Alison R. Gabe<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>(610) 642-8500 |
| George K. Lang<br>FREED & WEISS LLC<br>111 West Washington Street, Suite 1331<br>Chicago, Illinois 60602<br>(312) 220-0000 | Oren Giskan<br>GISKAN SOLOTAROFF<br>  ANDERSON & STEWART<br>11 Broadway, Suite 2150<br>New York, New York 10004<br>  (212) 847-8315 |
| Richard J. Burke<br>FREED & WEISS LLC<br>1010 Market Street, Suite 660<br>St. Louis, Missouri 63101<br>(314) 770-8000 | James C. Shah<br>Natalie Finkelman Bennett<br>SHEPHERD, FINKELMAN,<br>  MILLER & SHAH, LLP<br>457 While Horse Pike<br>Collingswood, New Jersey 08107<br>(856) 858-1770 |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE LG FRONT LOADING WASHING<br>MACHINE CLASS ACTION LITIGATION | Civil Action No. 08-51(FSH)(MAS)<br><br><br>**ORDER** |

THIS MATTER having been opened to the Court by Counsel for Plaintiffs, in the presence of Counsel for Defendants, and it appearing from the parties' papers that that there exists a legitimate confidentiality interest which warrants protection, and that a clearly defined and serious injury could result if the relief provided herein is not granted and that no less restrictive alternative to the relief sought is available, and good cause otherwise appearing,

IT IS THIS 2nd day of May, 2011

ORDERED that Plaintiffs' Brief and the exhibits annexed thereto are hereby sealed in accordance with L.Civ.R. 5.3.

*Michael A. Shipp*
Michael A. Shipp
United States Magistrate Judge