WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

Attorneys for Defendant
LG Electronics USA, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE LG FRONT LOAD WASHING MACHINE CLASS ACTION LITIGATION | Honorable Faith S. Hochberg, U.S.D.J.<br><br>Case No. 2:08-cv-00051-FSH-MAS<br><br>**DEFENDANT LG USA'S NOTICE OF MOTION TO STRIKE INADMISSIBLE EVIDENCE IN PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**Electronically Filed**<br><br>**Oral Argument Requested**<br><br>**Return Date:  June 6, 2011** |

**TO:**   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on June 6, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant LG Electronics USA, Inc. ("LG USA") will move before the Honorable Faith S. Hochberg, U.S.D.J., at the United States District Court, Frank R. Lautenberg U.S. Post Office & Courthouse, 1 Federal Square, Newark, New

Jersey 07101, for an Order granting its Motion to Strike Inadmissible Evidence in Plaintiffs' Motion for Class Certification.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, LG USA will rely upon the Brief and Declaration of James S. Richter submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that LG USA respectfully requests oral argument.

>WINSTON & STRAWN LLP
>Attorneys for Defendant
>LG Electronics USA, Inc.
>
>By:   *s/ Jeffrey P. Catenacci*
>James S. Richter
>jrichter@winston.com
>Melissa Steedle Bogad
>mbogad@winston.com
>Jeffrey P. Catenacci
>jcatenacci@winston.com

Dated: May 13, 2011

**OF COUNSEL**:
Lawrence R. Desideri
Scott P. Glauberman
Andrew M. Johnstone
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

## **CERTIFICATION OF SERVICE**

I hereby certify that on May 13, 2011, copies of the foregoing Notice of Motion and supporting documents were electronically filed and served by electronic mail upon the following:

Steven A. Schwartz
Alison R. Gabe
CHIMICLES & TIKELLIS
361 West Lancaster Avenue
Haverford, Pennsylvania 19041

Oren Giskan
GISKAN SOLOTAROFF ANDERSON & STEWART, LLP
11 Broadway – Suite 2150
New York, New York 10004

Paul M. Weiss
George K. Lang
Richard J. Burke
FREED & WEISS, LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602

James C. Shah
Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
475 White Horse Pike
Collingswood, New Jersey 08107

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                  *s/ Jeffrey P. Catenacci*
                                                     Jeffrey P. Catenacci

Dated: May 13, 2011