

**WINSTON & STRAWN LLP**

One Riverfront Plaza, Suite 730
Newark, NJ 07102-5401
T: +1 (973) 848-7676
F: +1 (973) 848-7650
www.winston.com

**MELISSA STEEDLE BOGAD**
(973) 848-7643
mbogad@winston.com

August 31, 2011

**BY ECF AND FEDERAL EXPRESS**

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S. Post Office & Courthouse
1 Federal Square
Newark, New Jersey  07101

Re:   **In re LG Front Load Washing Machine Class Action Litigation**
**Civil Action No. 08 CV 51 (FSH)(MAH)**

BEIJING
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
LONDON
LOS ANGELES
MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
WASHINGTON, D.C.

Dear Judge Hochberg:

As Your Honor is aware, this firm represents Defendant LG Electronics USA, Inc. in the above-referenced matter.  We write at your chambers' request to explain our availability for the hearing on the parties' evidentiary motions.

On July 7, 2011, Your Honor entered an Order scheduling the hearing for September 27 and instructing the parties to bring all testifying experts to the hearing. On August 29, Plaintiffs' counsel advised us that Your Honor postponed the hearing, with a proposed revised date of October 13.  Unfortunately, LG USA's main expert, who is to testify at the hearing, will be on trial in California on October 13.

To expedite the rescheduling of the hearing, we asked all three of our testifying experts to consult their schedules for available dates.  They are all available on November 1 or 3.  We therefore propose either of those dates to Your Honor and to Plaintiffs' counsel for consideration.

Should Your Honor have any questions or require anything further, please do not hesitate to contact the undersigned.

Respectfully submitted,

s/ Melissa Steedle Bogad

Melissa Steedle Bogad

cc:   All Counsel (by e-mail)