**WINSTON & STRAWN LLP**

One Riverfront Plaza, Suite 730
Newark, NJ 07102-5401
T: +1 (973) 848-7676
F: +1 (973) 848-7650
www.winston.com

**MELISSA STEEDLE BOGAD**
(973) 848-7643
mbogad@winston.com

January 5, 2012

**BY ECF AND FEDERAL EXPRESS**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
  and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

BEIJING
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
LONDON
LOS ANGELES
MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
WASHINGTON, D.C.

Re:   **In re LG Front Load Washing Machine Class Action Litigation**
      **Civil Action No. 08 CV 51 (FSH)(MAH)**

Dear Judge Hammer:

This firm represents Defendant LG Electronics USA, Inc. ("LG USA") in the above-referenced matter. We are writing to respectfully request that Your Honor enter an Order directing the Clerk's office to formally consolidate a related matter, *Cirillo v. LG Electronics, U.S.A., Inc.*, Civil Action No. 12 CV 75, into the above-referenced matter.

On January 4, 2012, the Honorable Janis L. Sammartino, U.S.D.J., of the United States District Court for the Southern District of California, entered an Order transferring the *Cirillo* matter to this Court. Upon transfer, the Clerk's Office assigned the docket number 12 CV 75 and assigned the matter to Judge Hochberg and Your Honor. (*See* Exhibit A, attached.)

Thus, pursuant to paragraph A.1 of the March 24, 2008 Order Consolidating Matters, (docket entry no. 16), the *Cirillo* matter is to be automatically consolidated into the above-referenced action. (*See* Exhibit B, attached.) We have enclosed a proposed form of Order consolidating the *Cirillo* matter with the above-referenced matter. If the enclosed proposed form of Order meets with Your Honor's approval, we respectfully request that it be entered.

WINSTON
&STRAWN
LLP

January 5, 2012
Page 2

    Should Your Honor have any questions or require anything further, please do not hesitate to contact the undersigned.

Respectfully submitted,

s/ Melissa Steedle Bogad

Melissa Steedle Bogad

Enclosures

cc:     All Counsel (by e-mail) (w/encls.)

NY:1374930.1

# EXHIBIT A

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:12-cv-00075-FSH-MAH

Cirillo v. LG Electronics, U.S.A., Inc. et al
Assigned to: Judge Faith S. Hochberg
Referred to: Magistrate Judge Michael A. Hammer
Case in other court: California Southern, 3:11-cv-02581
Cause: 28:1332 Diversity-Property Damage

Date Filed: 01/05/2012
Jury Demand: None
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Nancy Cirillo**
*for herself and All Others Similarly Situated*

V.

**Defendant**

**LG ELECTRONICS, U.S.A., INC.**

**Defendant**

**DOES**
*1 through 20, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2011 | 1 | NOTICE OF REMOVAL from Superior Court of the State of California, In and For the County of San Diego, case number 37-2011-00098638-CU-BT-CTL T/W Civil Cover Sheet. ( Filing fee $ 350 receipt number 0974-4141191). Filed by LG Electronics, U.S.A., Inc.. (Attachments: # 1 Exhibit A - State Court Complaint, # 2 Declaration of Carolin Sahimi, # 3 Declaration of Sung Han Kim, # 4 Proof of Service) The new case number is 3:11-cv-2581-JLS-RBB. Judge Janis L. Sammartino and Magistrate Judge Ruben B. Brooks are assigned to the case. (Sahimi, Carolin)(ATTY MAINT)(sjt) (av1). (Entered: 11/07/2011) |
| 11/08/2011 | 2 | MOTION for Change Venue *to United States District Court for the District of New Jersey* by LG Electronics, U.S.A., Inc.. (Attachments: # 1 Memo of Points and Authorities Memorandum of Law and Authorities in Support of Motion to Transfer Venue to the District of New Jersey, # 2 Declaration Declaration of Carolin Sahimi in Support of Motion to Transfer, # 3 Declaration Declaration of Sung Han Kim in Support of Motion to Transfer)(Sahimi, Carolin) (lmt). (Entered: 11/08/2011) |
| 11/08/2011 | 3 | Corporate Disclosure Statement by LG Electronics, U.S.A., Inc. identifying Corporate Parent LG Electronics Inc for LG Electronics, U.S.A., Inc... (Sahimi, Carolin) (lmt). (Entered: 11/08/2011) |

| 11/08/2011 | 4 | NOTICE OF RELATED CASE(S) by LG Electronics, U.S.A., Inc. (Sahimi, Carolin) (no low number order prepared) (lmt). (Entered: 11/08/2011) |
|---|---|---|
| 11/09/2011 | 5 | CERTIFICATE OF SERVICE by LG Electronics, U.S.A., Inc. *of Removal Documents Filed with Superior Court* (Sahimi, Carolin) (lmt). (Entered: 11/09/2011) |
| 11/09/2011 | 6 | ORDER Setting Briefing Schedule as to 2 MOTION for Change Venue to United States District Court for the District of New Jersey: Opposition due by 12/8/2011 and Reply due by 12/15/2011. Signed by Judge Janis L. Sammartino on 11/9/11.(lmt) (jcj). (Entered: 11/09/2011) |
| 01/04/2012 | 7 | Case transferred to District of New Jersey. Files transferred electronically to: *District of New Jersey*.*50 Walnut Street Room 4015**Newark, NJ 07101*. Signed by Judge Janis L. Sammartino on 1/4/12. (lmt) (Additional attachment(s) added on 1/4/2012: # 1 Transfer Order) (lmt). (Entered: 01/04/2012) |
| 01/05/2012 | 8 | Certified Copy of Transfer Order and docket received, Case transferred in from District of California Southern; Case Number 3:11-cv-02581. Original file certified copy of transfer order and docket sheet received. (Entered: 01/05/2012) |
| 01/05/2012 | | Judge Faith S. Hochberg and Magistrate Judge Michael A. Hammer added. (jr) (Entered: 01/05/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/05/2012 12:27:55 | | | |
| PACER Login: | ws0010 | Client Code: | 004578.00093-15029 |
| Description: | Docket Report | Search Criteria: | 2:12-cv-00075-FSH-MAH Start date: 1/1/1970 End date: 1/5/2012 |
| Billable Pages: | 2 | Cost: | 0.16 |

# EXHIBIT B

Case 2:08-cv-00051-FSH-MAH   Document 244   Filed 01/05/12   Page 7 of 14 PageID: 6663
Case 2:08-cv-00051-FSH-MAS   Document 16   Filed 03/24/2008   Page 1 of 6
Case 2:08-cv-00051-FSH-MAS   Document 12-3   Filed 03/11/2008   Page 1 of 6

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
         2 0 2008

---------------------------------------- x
                                         :
JASON HARPER and GINA HARPER, on         :  Honorable Faith S. Hochberg, U.S.D.J.
behalf of themselves and all others similarly :
situated,                                :  Civil Action No. 08 CV 51 (FSH)(MAS)
                                         :
                                         :
                Plaintiffs,              :
                                         :  **ORDER CONSOLIDATING MATTERS**
vs.                                      :
                                         :
                                         :
LG ELECTRONICS USA, INC., a New Jersey   :
corporation,                             :
                                         :
                Defendant.               :
                                         :
---------------------------------------- x
                                         :
MARCIAL FIGUERO, on behalf of herself and :  Honorable Faith S. Hochberg, U.S.D.J.
all others similarly situated,           :
                                         :  Civil Action No. 08 CV 479 (FSH)(PS)
                                         :
                Plaintiff,               :
                                         :
vs.                                      :
                                         :
                                         :
LG ELECTRONICS USA, INC., a New Jersey   :
corporation,                             :
                                         :
                Defendant.               :
                                         :
---------------------------------------- x

Case 2:08-cv-00051-FSH-MAH   Document 244   Filed 01/05/12   Page 8 of 14 PageID: 6664
Case 2:08-cv-00051-FSH-MAS   Document 16   Filed 03/24/2008   Page 2 of 6
Case 2:08-cv-00051-FSH-MAS   Document 12-3   Filed 03/11/2008   Page 2 of 6

| | |
|---|---|
| JILL BURKE, on behalf of herself and all others similarly situated, | Honorable Faith S. Hochberg, U.S.D.J. |
| | Civil Action No. 08 CV 786 (FSH)(MAS) |
| Plaintiff, | |
| vs. | |
| LG ELECTRONICS USA, INC., a New Jersey corporation, | |
| Defendant. | |

| | |
|---|---|
| LYLA BOONE, on behalf of herself and all others similarly situated, | Honorable Faith S. Hochberg, U.S.D.J. |
| | Civil Action No. 08 CV 787 (FSH)(MAS) |
| Plaintiff, | |
| vs. | |
| LG ELECTRONICS USA, INC., a New Jersey corporation, | |
| Defendant. | |

**THIS MATTER**, being opened to the Court by Counsel for Plaintiffs in the actions referenced above and Counsel for Defendant, LG Electronics, USA, Inc. ("LG") by way of a proposed Consent Order consolidating these actions; and

**WHEREAS**, each of the four (4) above-captioned actions pending in this Court (collectively, the "Actions") assert claims against LG related to the alleged accumulation of mold and mildew in certain LG brand front-loading washing machines; and

2

Case 2:08-cv-00051-FSH-MAH   Document 244   Filed 01/05/12   Page 9 of 14 PageID: 6665
Case 2:08-cv-00051-FSH-MAS   Document 16   Filed 03/24/2008   Page 3 of 6
Case 2:08-cv-00051-FSH-MAS   Document 12-3   Filed 03/11/2008   Page 3 of 6

WHEREAS, in an effort to effectively manage this litigation and move this litigation forward in an efficient manner, Plaintiffs' Counsel in each of these Actions and counsel for LG have agreed and stipulated to the consolidation of all these actions, and the case management structure set forth below; and for good cause shown;

IT IS on this 20th day of ~~April~~ March 2008,

ORDERED, as follows:

A. **Consolidation of the Actions.**

1. Each of the above-listed actions and all other actions subsequently filed in or transferred to this Court that assert claims on a class-wide basis arising from or relating to the operative facts and allegations contained in the complaints are hereby consolidated (the "Consolidated Action") for all purposes pursuant to FED. R. CIV. P. 42(a).

2. A Master Docket and a Master File are hereby established for the Consolidated Action as follows:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| IN RE LG FRONT LOAD WASHING MACHINE CLASS ACTION LITIGATION | Case No. 2:08-cv-00051-FSH-MAS |
|---|---|

3. All papers hereafter filed in the Consolidated Action shall bear the caption above.

4. When a case which relates to the subject matter of the Consolidated Action is hereafter filed in this Court or transferred to this Court from another Court, the Clerk of Court shall:

    a. Make an appropriate entry in the Master Docket;

Case 2:08-cv-00051-FSH-MAH   Document 244   Filed 01/05/12   Page 10 of 14 PageID: 6666
Case 2:08-cv-00051-FSH-MAS   Document 16   Filed 03/24/2008   Page 4 of 6
Case 2:08-cv-00051-FSH-MAS   Document 12-3   Filed 03/11/2008   Page 4 of 6

  b. Mail a copy of this Order to the attorneys for the plaintiffs in the newly-filed or transferred case, and to the attorneys for any new defendants named in the newly filed or transferred case; and

  c. Mail a copy of the Order of assignment to counsel for plaintiffs and counsel for defendants in the Consolidated Action.

The Court requests the assistance of counsel in calling to the attention of the Clerk of Court the filing or transfer of any case that might properly be consolidated with the Consolidated Action.

 5. This Order shall apply to each case subsequently filed in this Court or transferred to this Court unless a party objecting to the consolidation of such case or to any other provision of this Order shall, within twenty-one (21) days after the date upon which a copy of this Order is mailed to counsel for such party, file an application for relief from this Order or any provision herein, and this Court deems it appropriate to grant such application.

 6. The terms of this Order shall not have the effect of making any person, firm, or entity a party to any action in which he, she, or it has not been properly named, served, or joined in accordance with the Federal Rules of Civil Procedure. The terms of this Order and the consolidation ordered herein shall not constitute a waiver by any party of any claims in or defenses to any of the actions, including defenses based on personal jurisdiction.

**B. Privileges Preserved.**

No communication among plaintiffs' counsel or among defendant's counsel shall be taken as waiver of any privilege or protection to which they would otherwise be entitled.

4

Case 2:08-cv-00051-FSH-MAH   Document 244   Filed 01/05/12   Page 11 of 14 PageID: 6667
Case 2:08-cv-00051-FSH-MAS   Document 16   Filed 03/24/2008   Page 5 of 6
Case 2:08-cv-00051-FSH-MAS   Document 12-3   Filed 03/11/2008   Page 5 of 6

C. **Filing of a Consolidated Amended Complaint.**

1. Plaintiffs shall file a Consolidated Amended Complaint in the Consolidated Actions within forty-five (45) days following the entry of this Order. This Consolidated Amended Complaint shall be the operative complaint in the Consolidated Action.

2. Defendants shall answer, move or otherwise plead in response to the Consolidated Amended Complaint forty-five (45) days after the date on which the Consolidated Amended Complaint is filed. Defendants will respond only to the Consolidated Amended Complaint, and shall not be required to respond separately to any action affected by this order and consolidated with this case.

*/s/ [signature]*

~~Honorable Faith S. Hochberg, U.S.D.J.~~

**Michael A. Shipp
United States Magistrate Judge**

The undersigned hereby consent to the form and entry of this Order:

*//s// Joseph G. Sauder*
Joseph G. Sauder
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Harverford, PA 19041

*//s// Oren Giskan*
Oren Giskan
GISKAN SOLOTAROFF ANDERSON, LLP
11 Broadway – Suite 2150
New York, NY 10004

*//s// Ronald S. Kravits*
Ronald S. Kravits
LNER YANKELEVITZ SUNSHINE & REGENSTRAIF LLP
199 Fremont St., 20th Floor
San Francisco, CA 94105

Case 2:08-cv-00051-FSH-MAH   Document 244   Filed 01/05/12   Page 12 of 14 PageID: 6668
Case 2:08-cv-00051-FSH-MAS   Document 16   Filed 03/24/2008   Page 6 of 6
Case 2:08-cv-00051-FSH-MAS   Document 12-3   Filed 03/11/2008   Page 6 of 6

*//s//Jacqueline Sailer*
Jacqueline Sailer
MURRAY, FRANK & SAILER, LLP
275 Madison Ave.
New York, New York 10016

*//s// James C. Shah*
James C. Shah
SHEPHERD FINKEMAN MILLER & SHAH, LLC
35 E. State Street
Media, PA 19063

*//s//Jonathan Shub*
Jonathan Shub
SEEGER WEISS, LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102

*//s//Michael Boni*
Michael Boni
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel. 610.822.0200
**On Behalf of All Plaintiffs in the Consolidated Actions**

*//s//James S. Richter*
James S. Richter
Winston & Strawn LLP
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102

**On Behalf of Defendant LG Electronics USA, Inc.**

6

CHI:2054080.3

WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

Attorneys for Defendant
LG Electronics USA, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LG FRONT LOAD WASHING MACHINE CLASS ACTION LITIGATION | Honorable Faith S. Hochberg, U.S.D.J.<br><br>Case No. 2:08-cv-00051-FSH-MAH<br><br>**ORDER CONSOLIDATING MATTERS** |
| NANCY CIRILLO, for herself and All Others Similarly Situated,<br>              Plaintiff<br>vs.<br>LG ELECTRONICS, U.S.A., INC. and DOES, 1 through 20, inclusive,<br>              Defendants. | Honorable Faith S. Hochberg, U.S.D.J.<br><br>Case No. 2:12-cv-00075-FSH-MAH |

**THIS MATTER,** being opened to the Court by Winston & Strawn LLP, attorneys for Defendant, LG Electronics USA, Inc. ("LG USA") in the actions referenced above, by way of a proposed Order consolidating these actions, and for good cause shown,

**IT IS** on this _____ day of _____, 2012,

**ORDERED,** as follows:

1.      Pursuant to paragraph A.1 of the Court's March 24, 2008 Order Consolidating Matters (docket entry no. 16), the above-captioned action bearing docket no. 12 CV 75 is hereby consolidated with the Consolidated Action, *In re LG Front Load Washing Machine Class Action Litigation*, 08 CV 51 (FSH) (MAH).

_____
Honorable Michael A. Hammer, U.S.M.J.