

One Riverfront Plaza, Suite 730
Newark, NJ 07102-5401
T: +1 (973) 848-7676
F: +1 (973) 848-7650
www.winston.com

**JAMES S. RICHTER**
(973) 848-7645
jrichter@winston.com

June 21, 2013

**BY ECF AND HAND DELIVERY**

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court
Frank R. Lautenberg U.S. Post Office & Courthouse
1 Federal Square
Newark, New Jersey  07101

      Re:    In re LG Front Load Washing Machine
                Class Action Litigation
                Civil Action No. 08 CV 51 (FSH)(MAH)

Dear Judge Hochberg:

      As Your Honor is aware, this firm represents LG Electronics USA, Inc. ("LG USA") in the above-captioned matter.

      We write regarding the settlement conference in this matter.  In an order issued earlier this week, the conference was rescheduled for June 27.  Unfortunately, although we were able to attend this conference on its two previously scheduled dates, we are unable to attend this one.  Counsel for LG USA will be in Los Angeles for a long-scheduled argument in another matter.

      We respectfully request that the settlement conference be rescheduled for **July 15, 16, 22, 23, 24, 25, or 26**.  LG USA's attorneys and client representative are available on those days.  Plaintiffs' counsel is currently checking on those dates.   If those dates are not available for Your Honor, the parties can propose dates in August.

      We thank Your Honor for your consideration of this request.

                          Respectfully submitted,

                          s/ James S. Richter

                          James S. Richter

JSR:mtv

cc:      All Counsel (by e-mail)

BEIJING
CHARLOTTE
CHICAGO
GENEVA
HONG KONG
LONDON
LOS ANGELES
MOSCOW
NEW YORK
NEWARK
PARIS
SAN FRANCISCO
SHANGHAI
WASHINGTON, D.C.

NY:1570235.1