# Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.

### Counsellors at Law

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | www.carellabyrne.com | | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | | |

July 19, 2013

**BY ECF**

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court
U.S. Post Office & Courthouse Building
Newark, New Jersey  07101

     Re: **In re LG Front Load Washing Machine
        Class Action Litigation
        Civil Action No. 08-51 (FSH)(MAH)**

Dear Judge Hochberg:

  I write to follow up on the parties' submissions to the Court relating to proposed schedules for the filing of additional class certification briefing requested by the Court. The parties agree that the briefing schedule should be extended, but for the reasons set forth in their respective letters to the Court, Docket Entries 333 and 334, they disagree as to what those submissions should be and the timing for filing those submissions.

  Given the upcoming dates in the schedule set by the Court in its July 10, 2013 Order, Docket Entry 332, the parties wish to know whether either of the schedules proposed by the parties is acceptable to the Court.

  Thank you for your continued attention to this matter. If the Court has any questions, we are available at the Court's convenience.

           Respectfully submitted,

           CARELLA, BYRNE, CECCHI,
           OLSTEIN, BRODY & AGNELLO

           /s/ James E. Cecchi

           JAMES E. CECCHI

cc:  All Counsel of Record (via ECF and email)