James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE LG FRONT LOADING WASHING MACHINE CLASS ACTION LITIGATION | Civil Action No. 08-51(FSH)(MAH) <br><br> **ORDER** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, co-counsel for Plaintiffs, and the Court having considered the moving papers, and Defendant consenting hereto, and good cause appearing,

IT IS THIS day 26th of August, 2013,

ORDERED that Richard J. Burke is hereby admitted *pro hac vice* on behalf of Plaintiffs in the above matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella, Byrne, Cecchi, Olstein, Brody & Agnello, and that Carella, Byrne, Cecchi, Olstein, Brody & Agnello shall enter all appearances and be responsible for signed papers and for the conduct of the attorneys admitted herewith; and it is further

ORDERED that Richard J. Burke shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which they continue to appear *pro hac vice* in this matter,

and $150 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c); and it is further

---
~~MICHAEL A. HAMMER, U.S.M.J.~~

ORDERED that Richard J. Burke, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and 104.1, Discipline of Attorneys; and it is further

ORDERED that Richard J. Burke, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

Hon. James B. Clark, III, U.S.M.J.