WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

Attorneys for Defendant
LG Electronics USA, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

————————————————— X
:
**IN RE LG FRONT LOAD WASHING** : Honorable Madeline Cox Arleo, U.S.D.J.
**MACHINE CLASS ACTION** :
**LITIGATION** : Case No. 2:08-cv-00051-MCA-LDW
:
:
:
: **CONSENT ORDER REGARDING EXPERT**
: **REPORT DEADLINES**
:
————————————————— X

THIS MATTER, having been opened to the Court by parties, through their respective attorneys, by way of a request to suspend certain deadlines; and for good cause shown,

IT IS on this 21 day of July, 2015,

ORDERED, as follows:

1. The expert report deadlines outlined in the Court's April 9, 2015 Order are hereby suspended until further order of the Court.

_____
Honorable Madeline Cox Arleo

We hereby consent to the form and entry of the foregoing Consent Order:

WINSTON & STRAWN LLP
Attorneys for Defendant

BY: ___s/ *James S. Richter*___
     James S. Richter
     jrichter@winston.com

Dated: July 17, 2015


CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO P.C.
Attorneys for Plaintiffs

BY: ___s/ *James E. Cecchi*___
     James E. Cecchi
     jcecchi@carellabyrne.com

Dated: July 17, 2015