| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068-1739<br>(973)994-1700 | Jonathan D. Selbin<br>Jason L. Lichtman<br>LIEFF CABRASER HEIMANN &<br>  BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>(212)355-9500 |
| Oren S. Giskan<br>GISKAN SOLOTAROFF ANDERSON &<br>  STEWART LLP<br>11 Broadway, Suite 2150<br>New York, New York 10004<br>(212)847-8315 | James C. Shah<br>Nathan C. Zipperian<br>SHEPHERD, FINKELMAN, MILLER &<br>SHAH, LLP<br>35 East State Street<br>Media, PA  19063<br>(610)891-9880 |

Steven A. Schwartz
Alison G. Gushue
CHIMICLES & TIKELLIS, LLP
One Haverford Centre
Haverford, PA  19041
(610)642-8500

*Attorneys for Plaintiffs and the Proposed Settlement Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: LG FRONT LOAD WASHING<br>MACHINE CLASS ACTION LITIGATION | Civil Action No 08-51 (MCA)(LDW)<br><br>**NOTICE OF MOTION** |

To:   All persons on ECF notice list

PLEASE TAKE NOTICE that on such date and time as the Court may set, the undersigned counsel for Plaintiffs shall move before Hon. Madeline Cox Arleo at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey 07102 for an Order preliminarily approving the Settlement in the above matter, certification of the Settlement class and approval of the notice of the Settlement to the class.

The undersigned intends to rely upon the annexed Brief, Declaration of James E. Cecchi and the exhibits thereto.

The undersigned hereby requests oral argument.

CARELLA, BYRNE, CECCHI,<br>
OLSTEIN, BRODY & AGNELLO P.C.<br>
Attorneys for Plaintiffs<br><br>
By:   /s/ James E. Cecchi<br>
JAMES E. CECCHI

Dated: May 25, 2016

| | |
|---|---|
| Jonathan D. Selbin | Oren S. Giskan |
| Jason L. Lichtman | GISKAN SOLOTAROFF ANDERSON & |
| LIEFF CABRASER HEIMANN |   STEWART LLP |
| & BERNSTEIN, LLP | 11 Broadway, Suite 2150 |
| 250 Hudson Street, 8th Floor | New York, New York 10004 |
| New York, NY 10013-1413 | Telephone: (212) 847-8315 |
| (212) 355-9500 | |
| | |
| Steven A. Schwartz | James C. Shah |
| Alison G. Gushue | Nathan C. Zipperian |
| CHIMICLES & TIKELLIS, LLP | SHEPHERD, FINKELMAN, MILLER & |
| One Haverford Centre |   SHAH, LLP |
| Haverford, PA 19041 | 35 East State Street |
| Telephone: (610) 642-8500 | Media, PA 19063 |
| | Telephone: (610) 891-9880 |

*Attorneys for Plaintiffs and the Proposed Settlement Class*