# Exhibit F

# GISKAN SOLOTAROFF & ANDERSON, LLP

## Firm Biography

Giskan Solotaroff & Anderson, LLP is a firm with significant experience in complex litigation involving consumer fraud, civil rights, and employment discrimination litigation in state and federal courts, on behalf of plaintiffs and often involving class actions.

**OREN GISKAN** is admitted to practice in the states of New York (1993) and Illinois (1990). He received his law degree from the University of Pennsylvania in 1990 and his Bachelor of Arts from the University of Chicago in 1986.

Mr. Giskan served as lead or co-lead class counsel in *In re Chase Bank USA Check Loan Litigation*, N.D. Cal. 09-md-02032 ($100 million settlement of claims regarding breach of credit card loan terms, *Sebrow v. Allstate Insurance Company*, E.D. N.Y., CV-07-3929 (settlement of deceptive practice claims regarding non-renewal of homeowners insurance policies), *Education Station v. Yellow Book USA*, Superior Court of New Jersey ($70 million settlement of false advertising claims), *Danielson v. Rockford Memorial Hospital*, Circuit Court of Winnebago County Illinois, No. 01 L 139 (settlement of patient billing claims under the Illinois Consumer Fraud Act), and *Truschel v. Juno Online Inc.*, Supreme Court of the State of New York, New York County, No. 01/602486 (settlement of consumer protection claims regarding failure to provide Internet service). He is actively litigating several other consumer fraud actions throughout the country as lead or class counsel.

From 1990-92, Mr. Giskan was an associate with Jenner & Block in Chicago, Illinois where he focused on securities and general commercial litigation.

**JASON L. SOLOTAROFF** is admitted to practice in the State of New York. He is a 1990 graduate of Columbia Law School where he was an Editor of the Columbia Law Review and a Harlan Fiske Stone Scholar. He graduated from the Johns Hopkins University with General Honors.

Mr. Solotaroff clerked for the Hon. Eugene H. Nickerson, United States District Court for the Eastern District of New York. Following the clerkship, Mr. Solotaroff was a Staff Attorney at the Legal Aid Society, Criminal Defense Division from 1991 to 1993. In 1993, he joined the Society=s Federal Defender Division. As a federal defender, Mr. Solotaroff represented clients in a wide variety of matters including complex white-collar cases. Of the nine clients he represented in criminal trials, six were acquitted and one received a partial acquittal.

Mr. Solotaroff entered private practice in 1997. Since 1997, he has devoted a substantial part of his practice to the representation of plaintiffs in class action matters. Among the cases in which he has had substantial responsibility are consumer class actions against Juno Online Inc., Lincoln Security Life Insurance of New York, Verizon Communications, American Express and

antitrust class actions against Abbott Laboratories, Bristol-Myers Squibb and Astrazeneca Inc. He also represents individuals in employment discrimination and criminal defense matters.

**CATHERINE E. ANDERSON** is admitted to practice in the States of New York and New Jersey.  She received her law degree from New York University School of Law in 1995, where she was an editor of the Journal of International Law and Politics and a participant in the Human Rights Clinic.  She graduated magna cum laude from Colgate University in 1992, where she was elected Phi Beta Kappa.  Ms. Anderson has specialized in consumer class actions and employment law.

In 2007, Ms. Anderson settled a class action on behalf of approximately 163 members of the defunct Whole Arts Group Health Insurance Plan. As part of the settlement, Ms. Anderson obtained payment of the outstanding medical bills and reimbursement of out of pocket medical expenses on behalf of the consumer class.  See *Russo v. WholeArts Foundation, Inc., et al*, Index No. 603037/03 (KM) (New York Supreme Court).  In 2008, Ms. Anderson was co-lead counsel in a consumer class action against Allstate Insurance Co. for violation of the New York General Business Law Section 349 in failing to renew consumer=s Allstate home insurance policies unless the consumer also agreed to buy auto insurance from Allstate.  The action resulted in a settlement which provided injunctive relief to the class comprised of over 54,000 homeowners.  As a result of the settlement, members of the settlement class were able to obtain precisely what they had been wrongfully denied:  renewal of their Allstate home owner insurance policies without having to purchase additional policies.  See *Sebrow, et al. v. Allstate Insurance Co., et al*. 07 CV 3929 (FB)(RLM) (E.D.N.Y.).  Ms. Anderson was lead counsel in a consumer class action against JP Morgan Chase, which alleged violations of the Real Estate Settlement Procedures Act (ARESPA@) and New York General Business Law Section 349 for charging home owners a Apost closing fee@, an alleged junk fee, on their mortgage.  The litigation recently resulted in the creation of a settlement worth more than $20 million and provided approximately 70,000 home owners with the opportunity to be reimbursed 100% in cash, plus interest, for any post closing fees which the consumers paid to Chase.  See *Cohen v. JP Morgan Chase & Co. and JP Morgan Chase Bank*, 04-cv-4098 (ILG) (E.D.N.Y.).  Ms. Anderson was also lead counsel in the action *Kent v. Hewlett-Packard Co*., C-09-05341 (JF)(N.D. Ca.), which resulted in a 2011 settlement valued at over $2 million on behalf of a class of consumers who purchased computers with allegedly defective motherboards.

In 2011, Ms. Anderson achieved a settlement valued at more than $800,000 for claims brought under the FLSA and NYLL for unpaid wages and overtime on behalf of restaurant workers in the mater *Patel v. Baluchi's, et al*. 08-cv-9985 (RJS)(S.D.N.Y).  From 2013 to 2015, Ms. Anderson has obtained four additional wage and hour settlements under the FLSA and NYLL on behalf of workers in the restaurant and health care industries in the Southern and Eastern Districts of New York.

Prior to joining Giskan Solotaroff Anderson & Stewart LLP, Ms. Anderson was associated with the firm of Wolf Popper LLP, where she served as lead or co-lead counsel in the following class actions which obtained a substantial recovery for the class:  *Garcia v. General Motors Corp.*, Docket No. L-4394-95, Superior Court of New Jersey, Bergen County (obtaining a nationwide settlement of  $19.5 million in cash on behalf of a consumer class comprised of 2.6

million owners of GM W-Body cars with allegedly defective braking systems); *Whipple v. Happy Kids, Inc.*, Index No. 99-603371, IAS Part 10, Supreme Court of the State of New York, New York County (obtaining a settlement providing, among other things, an increase of $0.50 per share on behalf of the Happy Kids public shareholders in a revised buyout transaction); *In re Segue Software, Inc., Sec. Litig.*, C.A. 99-10891-RGS, United States District Court, District of Massachusetts (obtaining a cash settlement of $1.25 million on behalf of a class of all persons who purchased the common stock of Segue Software, Inc. during the period July 14, 1998 through April 9, 1999); *Jonas v. Aspec Technology, Inc.*, Lead Case No. CV775037, Superior Court of the State of California (obtaining a settlement with a $13 million cash component and a stock component of 1.75 million shares of the common stock of Aspec Technologies, Inc. for a class comprised of all persons who owned Aspec common stock during the period April 27, 1998 through June 30, 1998); *In re Ugly Duckling Corp. Shareholders Derivative and Class Action*, Consolidated C.A. No. 18843, Delaware Court of Chancery, New Castle County (obtaining an increase from $2.51 per share to $3.53 per share cash in going private transaction on behalf of a class comprised of the Company=s minority shareholders, resulting in an aggregate cash benefit of more than $4.7 million).